IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-13-00045 |
| v. | ) | |
| | ) | |
| DALE ALAN DILL | ) | |

O R D E R

Inasmuch as the release order entered March 19, 2013 (Docket Entry No. 16), required the defendant to obtain permission of the Court before changing his address or moving, not simply to notify the Court of any change of address, the defendant's notice of change of address (Docket Entry No. 35) is deemed to be a motion for permission to move to a new address, and, as such, it is GRANTED nunc pro tunc, and the defendant is given leave to move to the address set forth in the notice.

The Clerk is directed to send a copy of this order to Maria Johnson, the defendant's Pretrial Services Officer.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge